Village of Bensenville, a Municipal Corporation, et al, Appellants, v. County of DuPage, a Body Politic and Corporate, and Alvin F. Schmidt, Sr., and Hazel M. Schmidt, His Wife, Appellees.

Gen. No. 11,471.

Second District, First Division.

May 6, 1961.

Corrigan & Mackay, and Wm. A. Redmond, for appellant; Edgar J. Elliott, for appellee. Opinion by JUDGE McNEAL. **Not to be published in full.**